

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00760-CV

Yolanda **RAMOS**,
Appellant

v.

Anthony **NICOSIA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03447
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellant, Yolanda Ramos, bear all costs of this appeal.

SIGNED February 1, 2017.

Luz Elena D. Chapa, Justice